No. 12–8732. WASHINGTON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 12–8735. RODRIGUEZ, AKA LUIS, AKA RODRIGUEZ SE- CUNDINO, AKA RODRIGUEZ LUIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–8736. JOHNSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–8741. WORTHY v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 12–8742. JONES v. UNITED STATES. C. A. 1st Cir. Cer- tiorari denied.

No. 12–8743. ANDERSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–8751. SIMPSON, AKA PILLINGS, AKA FLOYD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–8755. ALEXANDER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–8756. AYESH v. UNITED STATES. C. A. 4th Cir. Cer- tiorari denied.

No. 12–8761. SANTOS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–8763. JONES v. UNITED STATES. C. A. 3d Cir. Cer- tiorari denied.

No. 12–8764. LOPEZ v. UNITED STATES. C. A. 9th Cir. Cer- tiorari denied.

No. 12–8765. DAVIS v. UNITED STATES. C. A. 4th Cir. Cer- tiorari denied.

No. 12–8767. WALIZER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–8769. COFFEY v. UNITED STATES. C. A. 6th Cir. Cer- tiorari denied.

No. 12–8770. LANDRON-CLASS v. UNITED STATES. C. A. 1st Cir. Certiorari denied.